UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE SOUTHERN POVERTY<br>LAW CENTER, *et al.*,<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br><br>       Defendants. | Civil Action No. 19-3438 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 26, 2021, Minute Order, Plaintiffs, Southern Poverty Law Center and Al Otro Lado ("Plaintiffs"), and the United States Department of Homeland Security ("DHS") and the United States Customs and Border Protection ("CBP") (collectively "Defendants"), by and through undersigned counsel, hereby provide the Court with the following status report.

1. CBP is reviewing the records produced by its electronic search at a rate of at least 750 potentially responsive pages per month after the December 31, 2021, expiration of the Court's Minute Order, dated April 12, 2021. Since the Parties' last Joint Status Report dated July 15, 2022, Defendants made two interim productions to Plaintiff, the 22nd production on August 12, 2022, and the 23rd production on September 12, 2022. For the 22nd production, CBP reviewed 1,000 pages of records, all of which were released in full or in part with redactions. The 22nd production consisted primarily of 2 copies of a responsive training manual, nearly all of which was redacted in its entirety. Only 44 pages contained more than a half page of unredacted text; 917 pages were redacted in their entirety. For the 23rd production, CBP reviewed 750 pages of records, all of

which was released in full or in part with redactions. The parties are currently conferring regarding the level and appropriateness of redactions within the last two productions.

2. On August 8, 2022, the parties met and conferred to discuss Defendants' progress processing and producing records in response to Plaintiff's FOIA requests. CBP has had to make productions to Plaintiff after the end of each month due to certain key FOIA staff members getting ill, technical difficulties, and other competing deadlines. In light of CBP's staffing constraints and competing deadlines in many other FOIA cases, CBP has proposed a production schedule to Plaintiffs every six weeks instead of every four weeks, with the number of documents reviewed per production staying the same. Plaintiffs are discussing the idea internally.

3. In addition, Defendants continue to review and produce records previously retrieved and are responsive to the Plaintiffs' FOIA request for emails of the four named Al Otro Lado employees. Although CBP expected to begin production of records related to search terms Plaintiff previously proposed by September 2022, CBP has encountered technical difficulties with the software that CBP uses to produce and review records for production. CBP is diligently working on addressing the technical difficulties with the software, but is not aware of a date certain when the technological issues will be resolved or when production of these documents will start.

4. The parties expect to meet and confer on September 22, 2022, to discuss: (1) whether Plaintiff would be amenable to CBP producing records at the current rate of review every six weeks instead of every four weeks; (2) the redactions made in CBP's 22nd production; (3) the contents of and redactions to the 23rd production; and (4) any further updates on CBP's progress addressing the technical difficulties related to its software and when production of documents responsive to Plaintiff's search terms from earlier this year will begin. The Parties continue to meet

and confer and will report back to the Court through the filing of a Joint Status Report by November 14, 2022, in accordance with the Court's October 26, 2021, Minute Order.

Dated: September 13, 2022

By: /s/ Aarti Shah
Aarti Shah (D.C. Bar No. 1020679)
Kilpatrick Townsend & Stockton LLP
607 14th Street, NW Suite 900
Washington, DC 20005
(202) 481-9937 *telephone*
(202) 204-5620 *facsimile*
ashah@kilpatricktownsend.com

*Counsel for Plaintiffs*

Respectfully submitted,

MATTHEW M. GRAVES, DC BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By /s/ Erika Oblea
ERIKA OBLEA, DC BAR #1034393
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2567
erika.oblea@usdoj.gov

*Counsel for Defendants*