UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE SOUTHERN POVERTY LAW CENTER, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Civil Action No. 19-3438 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 26, 2021, Minute Order, Plaintiffs, Southern Poverty Law Center and Al Otro Lado ("Plaintiffs"), and the United States Department of Homeland Security ("DHS") and the United States Customs and Border Protection ("CBP") (collectively "Defendants"), by and through undersigned counsel, hereby provide the Court with the following status report.

1.  Since the Parties' last Joint Status Report dated March 14, 2025, Defendants issued two interim determinations to Plaintiff: the 54th determination on March 31, 2025, and the 55th determination on April 30, 2025. For the 54th response, CBP reviewed 871 pages of records and one spreadsheet. 560 pages and one spreadsheet were released in full or in part, and 311 pages were not responsive or duplicates. For the 55th response, CBP reviewed 787 pages of records. 746 pages were released in full or in part, and forty-one pages were duplicates. Plaintiffs note that many of these documents are heavily redacted and that it is not clear that all of the redactions were appropriate and will continue to meet and confer with Defendants on this issue.

2. CBP is endeavoring to review the records produced by its electronic search at a rate of at least 750 potentially responsive pages per month even after the December 31, 2021, expiration of the Court's Minute Order, dated April 12, 2021. Pursuant to Plaintiff's request, Defendant expects to prioritize the processing and production of potentially responsive records located using Plaintiff's narrowed search terms provided in November 2023.

3. The Parties will report back to the Court through the filing of a Joint Status Report by July 14, 2025, in accordance with the Court's October 26, 2021, Minute Order.

Dated: May 13, 2025

By: ___/s/ Aarti Shah_____
Aarti Shah (D.C. Bar No. 1020679)
Kilpatrick Townsend & Stockton LLP
607 14th Street, NW Suite 900
Washington, DC 20005
(202) 481-9937 *telephone*
(202) 204-5620 *facsimile*
ashah@kilpatricktownsend.com

*Counsel for Plaintiffs*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: ___/s/ Erika Oblea_____
ERIKA OBLEA, DC BAR #1034393
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2567
erika.oblea@usdoj.gov

*Counsel for Defendants*